# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 8, 2026

_____

COPYRIGHT NOTICE TRANSMITTED

_____

**TO:**        Register of Copyrights

**FROM:**    Clerk, U.S. Court of Appeals for the Fourth Circuit

**RE:**        26-1576, <u>Frederick Allen v. Joshua Stein</u>

**VIA:**      Email to 508filings@copyright.gov

**ENCL:**    Copyright Notice (Form AO 121)

The completed copyright notice (Form AO 121) is attached as a PDF document and transmitted via email to 508filings@copyright.gov.

The transmission has also been docketed in this court as "Copyright notice transmitted."

The copyright notice will be re-transmitted, along with the court's order or opinion and judgment, upon termination of the appeal.