FILED: May 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1576
(5:15-cv-00627-BO)

_____

FREDERICK L. ALLEN; NAUTILUS PRODUCTIONS, LLC

       Plaintiffs - Appellants

v.

JOSHUA H. STEIN, Governor of the State of North Carolina, in his official capacity; PAMELA BREWINGTON CASHWELL, Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; MARGRETTE KATHRYN THOMPSON, Chief Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; JEFF MICHAEL, Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, individually and in his official capacity; CATHERINE ANN SWAIN, Director of Marketing of the North Carolina Department of Natural and Cultural Resources, in her official capacity; STEPHEN R. CLAGGETT, a/k/a Steve Claggett, State Archaeologist, in his official capacity; JOHN W. MORRIS, a/k/a Billy Ray Morris, Deputy State Archaeologist - Underwater and Director of the Underwater Archaeology Branch of the North Carolina Department of Natural and Cultural Resources, in his official capacity; NORTH CAROLINA DEPARTMENT OF NATURAL AND CULTURAL RESOURCES; STATE OF NORTH CAROLINA; JEFFREY NEALE JACKSON, Attorney General of North Carolina, in his official capacity; D. REID WILSON, in his individual and official capacity; SARAH KOONTS, in her individual and official capacity; JOSEPH K. SCHWARZER, II, in his individual and official capacity; MIKE CARRAWAY, in his individual and official capacity

Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellants' motion for abeyance, the court grants the motion and places this case in abeyance pending the Supreme Court's resolution of the impending petition for writ of certiorari with respect to this Court's earlier decision in *Frederick Allen v. Joshua Stein*, No. 24-1954.

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

For the Court

/s/ Nwamaka Anowi, Clerk